# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**LINDA STECKER,**
individually and on behalf of
all others similarly situated,

      Plaintiff,                                 Case No.: 19-CV-400

    v.

**O'BRIEN STEEL SERVICE CO.,**
      Defendant.

## ORDER

Having reviewed Plaintiff's Unopposed Motion for Approval of Collective Action Settlement and its supporting documents, the motion (ECF No. 26) is granted and **IT IS HEREBY FURTHER ORDERED** that:

1. the Parties' Settlement Agreement (ECF No. 26-1) is a fair, reasonable, and adequate resolution of bona-fide disputes under the FLSA and Wisconsin's wage and hour laws;

2. the Parties' Joint Stipulation to Certify a Collective Action Pursuant to 29 U.S.C. § 216(b) (ECF No. 26-1 at 12-14) is **GRANTED**;

3. Linda Stecker is **APPOINTED** as Class Representative for the 29 U.S.C. § 216(b) collective class;

4. Hawks Quindel, S.C. is **APPOINTED** as Class Counsel;

5. the Parties' proposed Notice of Class Action Settlement (ECF No. 26-1) is **APPROVED** as the best notice practicable under the circumstances for distribution to all putative members of the Collective Class and approving that the provision of the Notice of Class Action Settlement by mail constitutes valid, due, and sufficient notice to Collective Class Members in full compliance with applicable law, including the due process clause of the United States Constitution;

6. Defendant's Counsel **SHALL PRODUCE** a class list to Class Counsel as a Microsoft Excel spreadsheet including each putative Class Member's name, street address, city, state, zip code, and phone number (with each piece of data as a separate column) within seven (7) days of the date of this Order;

7. Class Counsel **SHALL MAIL** the Notice of Class Action Settlement to the Class Members within seven (7) days of the Defense Counsel providing a class list as set forth in Section 6 above;

8. any putative member of the Collective Class **SHALL FILE** a Consent Form within thirty (30) days of Notice's mailing (the "Notice Period") in order to assert their FLSA claims as set forth in this matter;

9. Defendant **SHALL DELIVER** to Class Counsel the payments contemplated in the Settlement Agreement and Exhibit A of the Settlement Agreement within fourteen (14) days of the close of the Notice Period;

10. Class Counsel **SHALL FILE** a Stipulated Motion for Dismissal within fourteen days of Class Counsel's receipt of the settlement checks from Defendant.

Dated at Milwaukee, Wisconsin this 26th day of December, 2019.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge