IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

LINDA STECKER,
individually and on behalf of
all others similarly situated,

    Plaintiff,                      Case No. 19-CV-400

    v.

O'BRIEN STEEL SERVICE CO.,
    Defendant.

## ORDER

Pursuant to the Parties' Stipulated Motion for Dismissal (ECF No. 32), IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without further costs to either party.

Dated at Milwaukee, Wisconsin this 21st day of January, 2020.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge